WENTZELEE BOTHA, SBN #207029
wbotha@brownandwinters.com
RYAN D. DROBEK, SBN #319396
rdrobek@brownandwinters.com
Brown & Winters
120 Birmingham Drive
Cardiff-by-the-Sea, CA 92007-1737
Tel: 760-633-4485/Fax: 760-633-4427

Attorneys for Defendant and Counterclaimant,
THE CITY OF WALNUT CREEK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN BANKERS INSURANCE CO. OF FLORIDA,<br><br>　　　　Plaintiff,<br>vs.<br><br>THE CITY OF WALNUT CREEK,<br><br>　　　　Defendant.<br><br>AND COUNTER ACTION. | Case No.: 4:19-cv-02237 - HSG<br><br>Complaint Filed: April 24, 2019<br><br><br><br>**STIPULATION AND ORDER CONSOLIDATING CASES FOR ALL PURPOSES** |
| CITY OF WALNUT CREEK,<br><br>　　　　Plaintiff,<br>vs.<br><br>ADMIRAL INSURANCE COMPANY, a corporation, et al.,<br><br>　　　　Defendants. | Case No. 4:19-cv-03556 – HSG<br><br>Complaint Removed: June 19, 2019 |

---

STIPULATION AND ORDER CONSOLIDATING CASES
4:19-cv-02237 HSG        4:19-cv-03556 HSG

The City of Walnut Creek (City), as well as American Bankers Insurance Company of Florida (American Bankers), Insurance Company of the State of Pennsylvania, Admiral Insurance Company, Atlanta International Insurance Company (formerly known as Drake Insurance Company of New York), The Travelers Indemnity Company (as successor to Insurance Company of the Pacific Coast), The Phoenix Insurance Company, and The Charter Oak Fire Insurance Company (collectively, Insurers) hereby submit the following Stipulation to Consolidate Related Cases:

WHEREAS, American Bankers filed a Complaint for Declaratory Relief against the City in the United States District Court, Northern District of California (District Court), on April 24, 2019, Case No. 4:19-cv-02237 HSG (American Bankers' Action);

WHEREAS, the City filed a Complaint for Declaratory Relief, Breach of Contract, and Breach of the Implied Covenant of Good Faith and Fair Dealing against Insurers, including American Bankers, in the Superior Court of California, County of Contra Costa (Superior Court) on May 3, 2019, Case No. C19-00883, and subsequently removed by The Travelers Indemnity Company, The Charter Oak Fire Insurance Company, The Phoenix Insurance Company on June 19, 2019, from the Superior Court to the District Court, as Case No. 4:19-cv-03556 HSG (City's Action);

WHEREAS, the American Bankers Action and the City's Action involve similar complaints, relief sought (declaratory relief regarding the duties under the policies), common questions of law, same nucleus of facts, same parties (City and American Bankers), same insurance policies (American Bankers Policy no. CU 22- 900012, Policy no. GLA 22-679140), and same counsel;

WHEREAS, consolidation would advance the interests of judicial economy, and decrease the burden on parties, witnesses, and reduce risk of inconsistent adjudications, potential for prejudice;

WHEREAS, counsel for the parties have conferred, and the parties are in agreement that these actions should be consolidated for all purposes; and

STIPULATION AND ORDER CONSOLIDATING CASES
4:19-cv-02237 HSG        4:19-cv-03556 HSG

WHEREAS, the parties admit to the existence of complete diversity between themselves so as to appear properly before this Court, and that to the parties' knowledge the Court has jurisdiction to hear these cases and consolidate these actions.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the City and the Insurers, through their respective counsel of record, that the American Bankers' Action be consolidated with the City's Action and remain assigned to the Honorable Haywood S. Gilliam, Jr. for all purposes.

                                        Respectfully submitted,

                                        BROWN & WINTERS

Dated: August 6, 2019              /s/ Wentzelee Botha
                                          Wentzelee Botha
                                          Ryan D. Drobek
                                          Attorneys for Defendant and Counterclaimant,
                                          THE CITY OF WALNUT CREEK

                                        WARGO FRENCH, LLP

Dated: August 6, 2019              /s/ Raymond J. Tittmann
                                          Raymond J. Tittmann
                                          Edward J. Valdespino
                                          Attorneys for Plaintiff
                                          AMERICAN BANKERS INSURANCE
                                          COMPANY OF FLORIDA

                                        CLYDE & CO US LLP

Dated: August 6, 2019              /s/ Jason J. Chorley
                                          Bruce D. Celebrezze
                                          Jason J. Chorley
                                          Attorneys for Defendants
                                          THE TRAVELERS INDEMNITY COMPANY,
                                          THE PHOENIX INSURANCE COMPANY, and
                                          THE CHARTER OAK FIRE INSURANCE
                                          COMPANY (all erroneously sued as Travelers
                                          Indemnity Company and Travelers Casualty and
                                          Surety Company)

///

| | | |
|---|---|---|
| | | WALSH MCKEAN FURCOLO LLP |
| Dated: August 6, 2019 | | /s/ James T. Derfler |
| | | James T. Derfler |
| | | Attorneys for Defendant |
| | | ADMIRAL INSURANCE COMPANY |
| | | |
| | | NIXON PEABODY LLP |
| Dated: August 6, 2019 | | /s/ Dawn N. Valentine |
| | | Matthew A. Richards |
| | | Dawn N. Valentine |
| | | Attorneys for Defendant |
| | | THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA |
| | | |
| | | NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP |
| Dated: August 6, 2019 | | /s/ Ethan H. Seibert |
| | | Sara M. Thorpe |
| | | Ethan H. Seibert |
| | | Attorneys for Defendant |
| | | ATLANTA INTERNATIONAL INSURANCE COMPANY F/K/A DRAKE INSURANCE COMPANY OF NEW YORK |

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to all counsel, and that I have obtained each attorney's authorization to affix his/her electronic signature to this document.

Dated: August 6, 2019                    /s/ Wentzelee Botha
                                          Wentzelee Botha
                                          BROWN & WINTERS
                                          Attorneys for Defendant CITY OF WALNUT CREEK

# ~~[PROPOSED]~~ ORDER

GOOD CAUSE appearing therefore, the case captioned *City of Walnut Creek v. Admiral Insurance Company*, Case No. 4:19-cv-03556-HSG is hereby consolidated into the present action. The earlier-filed civil action, Case No. 4:19-cv-02237-HSG, shall serve as the lead case. The clerk is directed to administratively close the later-filed civil action, Case No. 4:19-cv-03556-HSG. All future filings should be done in the lead case only and should be captioned "In Re American Bankers Insurance Company of Florida."

The parties are directed to re-file in the lead case the pending motion to dismiss and corresponding briefing from the later-filed civil action. *See* Case No. 4:19-cv-03556-HSG, Dkt. Nos. 18, 26, 27. The parties should again notice the motion's hearing on November 21, 2019 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 8/7/2019

/s/ Haywood S. Gilliam, Jr.
District Judge Haywood S. Gilliam, Jr.