UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA | Case No. 4:19-cv-02237-HSG (consolidated with 4:19-cv-03556-HSG)<br><br>ORDER |

| | |
|---|---|
| 1 | For good cause shown, it is hereby ORDERED that counsel for American Bankers Insurance Company of Florida may appear telephonically for the Case Management Conference set on October 1, 2019 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance. |

DATED: 9/30/2019

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.

**ORDER**