# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE AMERICAN BANKERS
INSURANCE COMPANY OF FLORIDA

CASE No C 4:19-cv-02237-HSG

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☑ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☑ **Mediation** (ADR L.R. 6)

- ☑ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☑ **Private ADR** (*specify process and provider*)
  Private mediation.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR*)

- ☑ other requested deadline: 180 days from the date of the order to allow time for dispositive motions and discovery

Date: October 18, 2019

/s/ Wentzelee Botha
_____
Attorney for Plaintiff

Date: October 18, 2019

/s/ Edward Valdespino
_____
Attorney for Defendant

---

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 10/21/2019

*Haywood S. Gill Jr.*
U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*