1  Raymond J. Tittmann, No. 191298
   rtittmann@wargofrench.com
2  Edward J. Valdespino No. 272754
   evaldespino@wargofrench.com
3  **WARGO FRENCH LLP**
   601 S. Figueroa St., Ste. 4625
4  Los Angeles CA 90017
   Telephone:  310.853.6300
5  Facsimile:   310.853.6333

6  Attorneys for Plaintiff
   AMERICAN BANKERS INSURANCE
7  COMPANY OF FLORIDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA | Case No. 4:19-cv-02237-HSG (consolidated with 4:19-cv-03556-HSG) |
|---|---|
| | AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA'S REQUEST TO APPEAR TELEPHONICALLY ; ORDER |

For good cause shown, it is hereby ORDERED that counsel for American Bankers Insurance Company of Florida may appear telephonically for the Motion to Dismiss on November 21, 2019 at 2:00 p.m.

Dated: November 8, 2019    WARGO FRENCH LLP

By: /s/ Edward J. Valdespino
    Raymond J. Tittmann
    Edward J. Valdespino

Attorneys for Plaintiff
AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA

ORDER 

Dated: 11/12/2019