WENTZELEE BOTHA, SBN #207029
wbotha@brownandwinters.com
RYAN D. DROBEK, SBN #319396
rdrobek@brownandwinters.com
Brown & Winters
120 Birmingham Drive
Cardiff-by-the-Sea, CA 92007-1737
Tel: 760-633-4485/Fax: 760-633-4427

Attorneys for Defendant,
THE CITY OF WALNUT CREEK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 4:19-cv-02237 HSG (Lead) |
| AMERICAN BANKERS INSURANCE CO. OF FLORIDA | **ORDER GRANTING CITY OF WALNUT CREEK'S MOTION TO CONTINUE HEARING DATE OF INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA'S MOTION TO DISMISS** |

_____

    This matter having come before this Court upon motion of the City of Walnut Creek requesting a continuance of the hearing date of Insurance Company of the State of Pennsylvania's (INSCOPA) Motion to Dismiss Or In The Alternative to provide a More Definite Statement (Motion) pursuant to Local Rule 6-3 and the Court having considered the papers, and finding good cause, the City's Motion to move the hearing date of ICSOP's Motion from November 21, 2019, to December 19, 2019 at 2:00 p.m. is GRANTED.

    IT IS SO ORDERED.

    Dated: 11/12/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge

1

_____