SARA M. THORPE (SBN: 146529)
sthorpe@nicolaidesllp.com
ETHAN H. SEIBERT (SBN: 232262)
eseibert@ nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
101 Montgomery Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 745-3770
Facsimile: (415) 745-3771

Attorneys for Defendant
ATLANTA INTERNATIONAL INSURANCE
COMPANY f/k/a DRAKE INSURANCE
COMPANY OF NEW YORK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re American Bankers Insurance Company of Florida | Case No. 4:19-cv-02237-HSG<br><br>**ORDER GRANTING ATLANTA INTERNATIONAL INSURANCE COMPANY'S REQUEST TO APPEAR TELEPHONICALLY**<br><br>Complaint filed: April 24, 2019 |

For good cause shown, it is hereby ORDERED that counsel for Atlanta International Insurance Company, formerly known as Drake Insurance Company of New York, may appear telephonically at the hearing on Insurance Company of the State of Pennsylvania's Motion to Dismiss on December 19, 2019 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: 12/17/2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge