BRUCE D. CELEBREZZE, State Bar No. 102181
bruce.celebrezze@clydeco.us
JASON J. CHORLEY, State Bar No. 263225
jason.chorley@clydeco.us
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

Attorneys for Defendants
THE TRAVELERS INDEMNITY COMPANY,
THE PHOENIX INSURANCE COMPANY, and
THE CHARTER OAK FIRE INSURANCE
COMPANY (all erroneously sued as Travelers
Indemnity Company and Travelers Casualty and
Surety Company)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA | Case No. 4:19-cv-02237-HSG<br>[Consolidated with 4:19-cv-03556-HSG]<br><br>**ORDER GRANTING DEFENDANTS THE TRAVELERS INDEMNITY COMPANY'S, THE PHOENIX INSURANCE COMPANY'S, AND THE CHARTER OAK FIRE INSURANCE COMPANY'S REQUEST TO APPEAR TELEPHONICALLY**<br><br>Date: December 19, 2019<br>Time: 2:00 p.m.<br>Ctrm.: 2 |
| CITY OF WALNUT CREEK,<br><br>Plaintiff,<br><br>v.<br><br>ADMIRAL INSURANCE COMPANY, a corporation; TRAVELERS INDEMNITY COMPANY AND TRAVELERS CASUALTY AND SURETY COMPANY, a corporation; ATLANTA INTERNATIONAL INSURANCE COMPANY, formerly known as DRAKE INSURANCE COMPANY OF NEW YORK, a corporation; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a corporation; AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a corporation; TRANSCONTINENTAL INSURANCE COMPANY, a corporation; COLUMBIA CASUALTY COMPANY, a corporation; and DOES 1 through 49, inclusive,<br><br>Defendants. | |

For good cause shown, it is hereby ORDERED that counsel for defendants The Travelers Indemnity Company (as successor to Insurance Company of the Pacific Coast), The Phoenix Insurance Company, and The Charter Oak Fire Insurance Company (all erroneously sued as Travelers Indemnity Company and Travelers Casualty and Surety Company) (collectively "Travelers") may appear before this Court telephonically on December 19, 2019 at 2:00 p.m., at the hearing on defendant Insurance Company of the State of Pennsylvania's Motion to Dismiss. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: 12/17/2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800