WALSH MCKEAN FURCOLO LLP
550 WEST C STREET
SUITE 950
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA | **CASE NO. 4:19-cv-02237-HSG (Consolidated with 4:19-cv-03556-HSG)**<br><br>**ORDER RE: ADMIRAL INSURANCE COMPANY'S REQUEST TO APPEAR TELEPHONICALLY**<br><br>COMPLAINT FILED: May 3, 2019<br><br>TRIAL DATE: November 2, 2020 |
| AND ALL RELATED CROSS CLAIMS | |

For good cause shown, it is hereby ORDERED that counsel for Admiral Insurance Company may appear telephonically at the hearing on the Motion for Summary Judgment filed by Travelers Indemnity Company, Phoenix Insurance Company, and Charter Oak Fire Insurance on February 13, 2020 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: 2/5/2020

Hon. Haywood S. Gilliam, Jr.