# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE AMERICAN BANKERS
INSURANCE COMPANY OF FLORIDA

CASE No C  4:19-cv-02237-HSG

STIPULATION AND ORDER
SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☑ **Private ADR** (*specify process and provider*)
   Private mediation.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☑ other requested deadline:  within 120 days to allow time for discovery and dispositive motions.

Date: 2/5/2020

Date: 2/5/2020

/s/ Wentzelee Botha
_____
Attorney for Plaintiff
/s/ Robert C. Christensen
_____
Attorney for Defendant

---

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 2/5/2020

*Haywood S. Gill Jr.*
U.S. DISTRICT JUDGE

---

*Important!* *E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*

# CERTIFICATION OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is 120 Birmingham Drive, Suite 110, Cardiff-by-the-Sea, California 92007.

On the date set forth below, I served the following document described as:

**STIPULATION AND [PROPOSED] ORDER SELECTING PRIVATE ADR PROCESS BY PLAINTIFF CITY OF WALNUT CREEK AND DEFENDANTS NATIONAL FIRE INSURANCE COMPANY OF HARTFORD AND COLUMBIA CASUALTY COMPANY**

by serving a true copy of the above-described document in the following manner:

**__X___ (Electronic Filing)** I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 5, 2020 at Cardiff by-the-Sea, California.


By: _Julie Day_____
       JULIE DAY