UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>Defendant. | Case No. 4:19-cv-02237-HSG (KAW)<br><br>**ORDER TERMINATING UNILATERAL DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 106 |
|---|---|

On March 31, 2020, Admiral Insurance Company filed a unilateral discovery letter addressing perceived deficits in the City of Walnut Creek's discovery responses. (Dkt. No. 106.) On April 1, 2020, the district court referred all discovery in this case to the undersigned.[1]

The undersigned does not, however, entertain unilateral discovery letters, and instead requires parties to file joint discovery letters to address pending discovery disputes. (Judge Westmore's General Standing Order ¶¶ 13-14, *http://cand.uscourts.gov/kaworders*.) Accordingly, the unilateral discovery letter is TERMINATED, and the parties are ordered to meet and confer in an attempt to resolve the pending dispute without court intervention. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter outlining any remaining disputes consistent with the Court's Standing Order.

IT IS SO ORDERED.

Dated: April 23, 2020

KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] Due to COVID-19, the referral was not processed by the Clerk's Office until April 22, 2020.