WENTZELEE BOTHA, SBN #207029
wbotha@brownandwinters.com
RYAN D. DROBEK, SBN #319396
rdrobek@brownandwinters.com
Brown & Winters
120 Birmingham Drive
Cardiff-by-the-Sea, CA 92007-1737
Tel: 760-633-4485/Fax: 760-633-4427

Attorneys for Plaintiff and Counterdefendant,
THE CITY OF WALNUT CREEK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA<br>_____<br><br>CITY OF WALNUT CREEK,<br><br>    Plaintiff,<br><br>vs.<br><br>ADMIRAL INSURANCE COMPANY, a corporation; et al.,<br><br>    Defendants.<br>_____ | Lead Case No.:   4:19-CV-02237 HSG<br>[Consolidated with 4:19-cv-03556 HSG]<br><br>**STIPULATION FOR DISMISSAL OF ATLANTA INTERNATIONAL INSURANCE COMPANY WITH PREJUDICE AND [PROPOSED] ORDER** |

STIPULATION FOR DISMISSAL OF AIIC WITH PREJUDICE AND [PROPOSED] ORDER
4:19-cv-02237 - HSG

1  Plaintiff CITY OF WALNUT CREEK (CITY), and Defendant ATLANTA INTERNATIONAL

2  INSURANCE COMPANY, formerly known as DRAKE INSURANCE COMPANY OF NEW YORK

3  (AIIC), have reached a settlement between them in this action.

4  IT IS HEREBY STIPULATED by and between CITY and AIIC, through their attorneys of

5  record, that AIIC shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2)

6  with each side to bear its own costs and attorneys' fees.

7  THE PARTIES FURTHER STIPULATE that they will notify the Court after AIIC makes its

8  settlement payment under the settlement agreement.

9  THE PARTIES FURTHER STIPULATE that the Court will retain jurisdiction over AIIC in this

10  lawsuit until AIIC makes its settlement payment under their settlement agreement pursuant to *Kokkonen*

11  *v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994), after which time this Court's jurisdiction over AIIC

12  shall expire.

13  IT IS SO STIPULATED.

14  Respectfully submitted,

15  Dated:  June 24, 2020      BROWN & WINTERS

16

17  By: s/  *Wentzelee Botha*

18      Wentzelee Botha
        Ryan D. Drobek

19      Attorneys for Plaintiff and

20      Counter-defendant, CITY OF WALNUT CREEK

21  Dated:  June 24, 2020

        NICOLAIDES FINK THORPE MICHAELIDES
22      SULLIVAN LLP

23

24  By: s/ *Ethan H. Seibert*
        Sara M. Thorpe
25      Ethan H. Seibert

26      Attorneys for Defendant ATLANTA
        INTERNATIONAL INSURANCE
27      COMPANY f/k/a DRAKE INSURANCE
        COMPANY OF NEW YORK

28  ///

2

### [PROPOSED] ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

- This action is dismissed with prejudice as against Defendant Atlanta International Insurance Company, formerly known as Drake Insurance Company of New York (AIIC), pursuant to Federal Rule of Civil Procedure 41(a)(2).

- The City of Walnut Creek (City) and AIIC shall each bear its own costs and attorneys' fees.

- The City and AIIC shall notify the Court after AIIC makes its settlement payment under the settlement agreement.

- The Court shall retain jurisdiction over AIIC in this lawsuit until AIIC makes its settlement payment under the settlement agreement, after which time this Court's jurisdiction over AIIC shall expire.

**IT IS SO ORDERED.**

Dated:   6/25/2020

Honorable Haywood S. Gilliam, Jr.
United States District Judge
Northern District of California

STIPULATION FOR DISMISSAL OF AIIC WITH PREJUDICE AND [PROPOSED] ORDER
4:19-cv-02237 - HSG