1  SARA M. THORPE (SBN: 146529)
   sthorpe@nicolaidesllp.com
2  ETHAN H. SEIBERT (SBN: 232262)
   eseibert@ nicolaidesllp.com
3  NICOLAIDES FINK THORPE
   MICHAELIDES SULLIVAN LLP
4  101 Montgomery Street, Suite 2300
5  San Francisco, CA 94104
   Telephone:   (415) 745-3770
6  Facsimile:    (415) 745-3771

7  Attorneys for Defendant
8  ATLANTA INTERNATIONAL INSURANCE
   COMPANY f/k/a DRAKE INSURANCE
9  COMPANY OF NEW YORK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In Re American Bankers Insurance Company of Florida | Case No.  4:19-cv-02237-HSG<br><br>[PROPOSED] ORDER THAT THE COURT'S JURISDICTION OVER ATLANTA INTERNATIONAL INSURANCE COMPANY HAS EXPIRED |
|---|---|

**[PROPOSED]** ORDER

Pursuant to the Stipulation of the parties, and for good cause shown, it is hereby ORDERED that this Court's jurisdiction over Defendant Atlanta International Insurance Company, formerly known as Drake Insurance Company of New York, in this lawsuit has expired.

**IT IS SO ORDERED.**

Dated:   7/23/2020                    _____
                                      Honorable Haywood S. Gilliam, Jr.
                                      United States District Judge
                                      Northern District of California