United States District Court
Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  IN RE AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA

Case No. 19-cv-02237-HSG

**AMENDED SCHEDULING ORDER**

Re: Dkt. No. 132

The parties submitted a proposed amended case schedule on July 23, 2020. *See* Dkt. No. 132. Finding good cause to modify the scheduling order, the Court **SETS** the following revised deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Date** |
|---|---|
| Expert Designation | November 24, 2020 |
| Exchange Rebuttal Designation | December 22, 2020 |
| Dispositive Motion Hearing Deadline | January 14, 2021 at 2:00 p.m. |
| Close of Fact Discovery | February 3, 2021 |
| Pretrial Conference | April 13, 2021 at 3:00 p.m. |
| Five Day Jury Trial | May 3, 2021 at 8:30 a.m. |

//
//
//
//
//

1    These dates may only be altered by order of the Court and only upon a showing of good
2 cause.  The parties are directed to review and comply with this Court's Civil Pretrial and Trial
3 Standing Order.  This order terminates Dkt. No. 132.

**IT IS SO ORDERED.**

Dated: 7/27/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge