UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA<br><br>CITY OF WALNUT CREEK,<br><br>    Plaintiff,<br><br>    v.<br><br>ADMIRAL INSURANCE COMPANY, et al.<br><br>    Defendants. | Case No. 4:19-cv-02237-HSG<br>[Consolidated with 4:19-cv-03556-HSG]<br><br>**JUDGMENT** |

In accordance with this Court's September 21, 2020 Order Granting Summary Judgment (ECF 137) in favor of defendants The Travelers Indemnity Company (as successor to Insurance Company of the Pacific Coast), The Phoenix Insurance Company, and The Charter Oak Fire Insurance Company (collectively ("Travelers") and against City of Walnut Creek ("plaintiff"):

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT JUDGMENT** in favor of Travelers and against plaintiff is hereby entered. Travelers is dismissed from this action with prejudice.

DATED: September 25, 2020

                                         *[signature]*
                                         HON. HAYWOOD S. GILLIAM, JR.
                                         UNITED STATES DISTRICT JUDGE