WENTZELEE BOTHA, SBN #207029
wbotha@brownandwinters.com
RYAN D. DROBEK, SBN #319396
rdrobek@brownandwinters.com
BROWN & WINTERS
2533 S. Coast Highway 101, Suite 240
Cardiff-by-the-Sea, CA 92007-1737
Tel: 760-633-4485/Fax: 760-633-4427

Attorneys for Plaintiff,
THE CITY OF WALNUT CREEK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,<br><br>_____<br><br>AND ALL RELATED CROSS CLAIMS | Case No.: (Lead) 4:19-cv-02237 HSG<br>(Consolidated with 4:19-cv-03556-HSG)<br><br>***EX PARTE* APPLICATION AND ORDER TO MODIFY AMENDED SCHEDULING ORDER (DOCUMENT 133) RE: DEPOSITIONS**<br><br>Courtroom 2, 4th Fl.<br>Hon. Haywood S. Gilliam, Jr.<br><br>COMPLAINT FILED: April 24, 2019  TRIAL DATE: May 3, 2021 |

1

---

1  The parties jointly apply *ex parte* requesting that the Court modify the Amended
2  Scheduling Order (Document 133) for good cause with respect to the discovery cutoff.
3  (FRCP 16(b)(4).)
4  The current discovery cutoff is February 3, 2021.  At this time, the parties
5  anticipate taking two depositions before the cutoff: (1) plaintiff City of Walnut Creek's
6  30(b)(6) witness; and (2) defendant Admiral Insurance Company's designated expert.
7  The Court during the hearing on January 14, 2021 regarding defendants' motions
8  for summary judgment indicated the possibility that the motions may be granted.  In
9  anticipation of the Court's decision, the parties would like to avoid the cost of the two
10 depositions in the event defendants' motions are granted.
11 Accordingly, the parties request that the Court modify the Amended Scheduling
12 Order solely to permit the two depositions to take place on or before March 5, 2021, or
13 as the Court deems appropriate.  Parties request the modification of the Amended
14 Scheduling Order solely to permit the two referenced depositions to go forward, and not
15 to otherwise impact Parties' right to discovery.

Respectfully submitted,

DATED: January 29, 2021            **BROWN & WINTERS**

By: */s/ Wentzelee Botha*
    WENTZELEE BOTHA
    RYAN D. DROBEK
    Counsel for Plaintiff
    THE CITY OF WALNUT CREEK


DATED: January 29, 2021            **WALSH MCKEAN FURCOLO LLP**

By:*/s/ James T. Derfler*
    James T. Derfler, Esq.
    Attorneys for Defendant
    ADMIRAL INSURANCE
    COMPANY

2

EX PARTE APPLICATION AND ORDER TO MODIFY AMENDED SCHEDULING
ORDER (DOCUMENT 133) RE: DEPOSITIONS                    4:19-cv-02237 HSG
4844-0450-4794.1

| | |
|---|---|
| DATED: January 29, 2021 | **CNA COVERAGE LITIGATION GROUP** |

By: */s/ Edward J. Tafe*
    EDWARD J. TAFE
    Counsel for Defendants NATIONAL FIRE INSURANCE COMPANY OF HARTFORD and COLUMBIA CASUALTY COMPANY

| | |
|---|---|
| DATED: January 29, 2021 | **NIXON PEABODY LLP** |

By: */s/ Dawn N. Valentine*
    Matthew A. Richards
    Dawn N. Valentine
    Attorneys for Defendant
    INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

| | |
|---|---|
| DATED: January 29, 2021 | **TITTMAN WEIX LLP** |

By: */s/ Edward J. Valdespino*
    Raymond J. Tittmann
    Edward J. Valdespino
    Christina M. Roberto
    Attorneys for Defendant
    AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA

///
///
///

**ORDER**

For good cause shown, it is hereby ORDERED that the Amended Scheduling Order is modified such that the depositions of plaintiff City of Walnut Creek's 30(b)(6) witness and defendant Admiral Insurance Company's expert take place on or before March 5, 2021. No other discovery will take place after February 3, 2021.

DATED: 2/1/2021

Hon. Haywood S. Gilliam, Jr.

4

EX PARTE APPLICATION AND ORDER TO MODIFY AMENDED SCHEDULING ORDER (DOCUMENT 133) RE: DEPOSITIONS                4:19-cv-02237 HSG
4844-0450-4794.1