UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,<br><br>          Plaintiffs,<br><br>     v.<br><br>NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>          Defendant. | Case No.  19-cv-02237-HSG<br><br>**JUDGMENT** |

Judgment is hereby entered consistent with the Court's Order Granting Summary Judgment,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 4th day of February, 2021.


Susan Y. Soong
Clerk of Court


By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.